```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     IZZO GOLF, INC.

                         Plaintiff(s)

        -vs-                                  06-Cv-6574


     NISSIN ENTERPRISES, INC. d/b/a
     Nissin Cap
                         Defendant(s)

_____
```

   The above case is transferred from Hon. Michael A. Telesca to Hon. Charles J. Siragusa.

   SO ORDERED.

                              S/ MICHAEL A. TELESCA
                              MICHAEL A. TELESCA
                              United States District Judge

Dated:  Rochester, New York
        January 4, 2007